OPINION — AG — ** EXPENDITURE OF FEDERAL FUNDS ** EXPENDITURE OF FEDERAL FUNDS FOR REHABILITATION LOANS BY CITIES OR TOWNS (MUNICIPALITY) DOES NOT FALL WITH THAT ACTIVITY WHICH IS PROSCRIBED BY ARTICLE X, SECTION 17 OF THE OKLAHOMA CONSTITUTION WHERE THE CITY OR TOWN HOLDS SUCH MONIES, NOT IN THEIR OWN RIGHT, BUT AS A CONDUIT UNDER A FEDERAL PROGRAM. CITE: (HOUSING AND COMMUNITY DEVELOPMENT ACT), ARTICLE X, SECTION 17 (DONALD B. NEVARD)